

*February 21, 2017*

2017-Ohio-566.]

**1989–2136. State v. Bonnell.**
Cuyahoga App. No. 55927. This cause came on for further consideration upon the filing of appellant's motion to withdraw his motion for stay of execution. It is ordered by the court that the motion is granted.

**2015–1773. State ex rel. Sunesis Constr. Co. v. Indus. Comm.**
Franklin App. No. 13AP–449, 2015-Ohio-3973. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of the joint motion for extension of time to file merit briefs of appellees, it is ordered by the court that appellees' merit briefs shall be filed no later than March 10, 2017.

*February 21, 2017*

2017-Ohio-575.]

**2017–0242. State ex rel. Curtis v. Vital Statistics Registrar, Brown Cty. Health Dept.**
Brown App. No. CA2017–01–001. This cause is pending before the court as a jurisdictional appeal.

It is ordered by the court, sua sponte, that appellee shall file a response, if any, to appellant's motion for stay of court of appeals' judgment no later than 12:00 p.m. on Thursday, February 23, 2017.

*February 22, 2017*

2017-Ohio-573.]

**2016–1115. State ex rel. Cincinnati Enquirer v. Pike Cty. Coroner' s Office.**
In Mandamus. Sua sponte, alternative writ granted and briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

On respondent's motion to dismiss. Motion denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, O'NEILL, and FISCHER, JJ., concur.

FRENCH and DEWINE, JJ., not participating.

**2016–1153. State ex rel. GateHouse Media Ohio Holdings II, Inc. v. Pike Cty. Coroner's Office.**
In Mandamus. Sua sponte, alternative writ granted and briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

On respondents' motion to dismiss. Motion denied. On relators' motion for order lifting mediation stay. Motion denied as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, O'NEILL, and FISCHER, JJ., concur.

FRENCH and DEWINE, JJ., not participating.

**2016–1362. Sims v. Pinkney.**
In Habeas Corpus. On petition for writ of habeas corpus of Antrown T. Sims. Sua sponte, cause dismissed without prejudice.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1414. Melhado v. Wainwright.**
In Habeas Corpus. On petition for writ of habeas corpus of Clive Melhado. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1526. In re Boylen v. Marquis.**
In Habeas Corpus. On petition for writ of habeas corpus of Adam Boylen. Sua sponte, cause dismissed.

On petitioner's motion for peremptory writ ordering the immediate release and discharge of petitioner from confinement and imprisonment. Motion denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1661. State ex rel. Black v. Harsha.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1717. State ex rel. Griffin v. Myers.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1723. State ex rel. Russell v. Klatt.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, O'NEILL, FISCHER, and DEWINE, JJ., concur.

FRENCH, J., not participating.

**2016–1745. State ex rel. Haddix v. Forchione.**
In Mandamus and Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.